

BADIAK & WILL, LLP
Attorneys for Plaintiffs
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225
Our Ref.: 06-P-017-RB

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE TRAVELERS as subrogee of DORSON       07 Civ
INC., and EDDIE BAUER, INC., THE HARTFORD
INSURANCE CO., as subrogee of CROSS ISLAND
TRADING CO., INC., and GREAT AMERICAN
INSURANCE CO., as subrogee of DO IT BEST CORP.,

                        Plaintiffs,       **RULE 7.1 STATEMENT**

   -against-

M/V "EASLINE TIANJIN", her engines, boilers, etc.,

   -and-

KAWASAKI KISEN KAISHA, LTD., YANG MING
MARINE TRANSPORT, LTD., PHOENIX
INTERNATIONAL FREIGHT SERVICES, LTD.,
LAUFER FREIGHT LINES, LTD., and APL LOGISTICS,

                        Defendants.
------------------------------------------------------------------X

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR A PRIVATE (NON-GOVERNMENTAL) PARTY CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, SUBSIDIARIES, OR AFFILIATES OF THAT PARTY WHICH ARE PUBLICLY.

                        **SEE ATTACHED LISTS**

DATED:    April 12, 20027               _____
                                                SIGNATURE OF ATTORNEY
                                                ROMAN BADIAK

**TRAVELERS PC GROUP**
  Citicorp Assurance Co
  Citicorp Int'l Trade Indemnity
  First Floridian Auto & Home
  First Trenton Group

  First Trenton Indemnity Co
**Gulf Insurance Group**
  Atlantic Insurance Company
  Gulf Group Lloyds
  Gulf Insurance Company
  Gulf Insurance Co (UK) Ltd
  Gulf Underwriters Ins Co
  Select Insurance Company
**Premier Insurance Co of MA**
**Red Oak Insurance Company**
**TravCal Indemnity Company**
**TravCal Secure Insurance Co**
**Travelers Cas & Surety of Amer**
**Travelers Insurance Co**
**Travelers PC Pool**
  Auto Ins Co of Hartford
  Charter Oak Fire Ins Co
  Farmington Casualty Company
  Phoenix Insurance Company
  Standard Fire Insurance Co
  TravCo Insurance Company
  Travelers Casualty & Surety Co
  Travelers Cas & Surety Co IL
  Travelers Casualty Co of CT
  Travelers Commercial Insurance
  Travelers Excess & Surp Lines
  Travelers Home and Marine
  Travelers Indemnity Co
  Travelers Indem Co of Amer
  Travelers Indem Co of CT
  Travelers Indem Co of IL
  Travelers Indem Co of MO
  Travelers Lloyds Ins Co
  Travelers Lloyds of Texas Ins
  Travelers Personal Security
  Travelers Prop Cas Ins Co
  Travelers Prop Cas Ins Co IL
**Triton Insurance Company**

**ST. PAUL COMPANIES**
Athena Assurance Company
Discover Property and Casualty
Discover Specialty Ins Co
Fidelity & Guaranty Ins Co
Fidelity & Guaranty Ins Undrws
GeoVera Insurance Company
Northbrook Prop & Cas Ins Co
Pacific Select Property Ins Co
St. Paul Fire & Casualty Ins
St. Paul Fire & Marine Ins Co
St. Paul Guardian Ins Co
St. Paul Indemnity Ins Co
St. Paul Insurance Company
St. Paul Ins Co of IL
St. Paul Insurance Co of ND
St. Paul Medical Liab Ins Co
St. Paul Mercury Ins Co
St. Paul Property & Cas Ins Co
St. Paul Surplus Lines Ins Co
Seaboard Surety Company
United States Fid & Guar Co
USF&G Business Insurance Co
USF&G Family Insurance Company
USF&G Founders Ins Co
USF&G Insurance Company of MS
USF&G Insurance Company of WI
USF&G Pacific Insurance Co
USF&G Small Business Ins Co
USF&G Specialty Insurance Co
USF&G West Insurance Co
**American Continental Ins Co**
**Discover Reinsurance Co**
**Inner Harbor Reinsurance, Inc**

## Organizational Structure

| AMB | COMPANY NAME | DOMICILE | %OWN |
|---|---|---|---|
| | ITT Corporation | DE | |
| | ITT Hartford Group Inc. | DE | |
| 02231 | Hartford Fire Insurance Company | CT | 100 |
| 02230 | Hartford Accident and Indemnity Company | CT | 100 |
| 07285 | Hartford Life and Accident Ins. Co. | CT | 100 |
| 06518 | Hartford Life Insurance Company | CT | 100 |
| 07325 | ITT Hartford Life & Annuity Ins Co | CT | 100 |
| | American Maturity Life Ins. Co. | MN | 100 |
| 02233 | Pacific Insurance Company, Limited | CT | 100 |
| 02234 | Sentinel Insurance Company, Ltd. | HI | 100 |
| 02706 | Nutmeg Insurance Company | HI | 100 |
| 02229 | Hartford Casualty Insurance Company | CT | 100 |
| 02235 | Twin City Fire Insurance Company | IN | 100 |
| 02232 | Hartford Underwriters Insurance Company | IN | 100 |
| 02610 | Trumbull Insurance Company | CT | 100 |
| 02611 | Hartford Insurance Company of Illinois | CT | 100 |
| 02612 | Hartford Insurance Company of the Midwest | IL | 100 |
| 02613 | Hartford Insurance Company of the Southeast | IN | 100 |
| 85765 | Hartford Insurance Company of Canada | FL | 100 |
| | Hartford International Insurance Company | Canada | 100 |
| 85475 | Zwolsche Algemeene N.V. | DE | 100 |
| | Zwolsche Algemeene Europa B.V. | Netherlands | 100 |
| | Zwolsche Algemeene Verzekeringen | Netherlands | 100 |
| | Zwolsche Algemeene Schadeverzekering | Netherlands | 100 |
| | Zwolsche Algemeene Levensverzekering | Netherlands | 100 |
| | Zwolsche Algemeene Herverzekering BV | Netherlands | 100 |
| | Beleggingsmaatschapij Buizerdlaan BV | Netherlands | 100 |
| 85361 | London and Edinburgh Ins. Group, Ltd. | UK | 100 |
| 85602 | Excess Insurance Co. Ltd. | UK | 100 |
| 85643 | London and Edinburgh Ins. Co., Ltd. | UK | 100 |
| 85644 | London and Edinburgh Life Assur. Co. | UK | 100 |
| | Hartford Europe, Inc. | DE | 100 |
| | Hartford International Ins. Co. NV | Belgium | 100 |
| 02614 | Thoroughbred International Ins. Co. | Bermuda | 100 |
| 10777 | Hartford Lloyds Ins. Co. (partnership) | TX | 65.9 |
| 02187 | Property & Casualty Ins. Co. of Hartford | IN | 100 |
| 01907 | First State Insurance Company | CT | 100 |
| 02188 | New England Insurance Company | CT | 100 |
| | New England Reinsurance Corporation | CT | 100 |

**AMERICAN FINANCIAL GROUP**
*Amer Empire Surplus Lines Pool*
  American Empire Insurance Co
  American Empire Surplus Lines
  Fidelity Excess and Surplus
*Atlanta Casualty Pool*
  American Premier Ins Co
  Atlanta Casualty Company
  Atlanta Specialty Insurance Co
*Great American Insurance Pool*
  Agricultural Excess & Surplus
  Agricultural Insurance Co
  American Alliance Ins Co
  American Dynasty Surplus Lines
  American National Fire Ins
  American Spirit Insurance Co
  Contemporary American Ins Co
  Eagle American Insurance Co
  Eden Park Insurance Company
  Great American Insurance Co
  Great American Lloyd's Ins
  Great Texas County Mut Ins Co
  Seven Hills Insurance Co
  TICO Insurance Company
  Transport Insurance Co
*Infinity Insurance Pool*
  Infinity Insurance Company
  Infinity National Ins Corp
  Infinity Select Insurance Co
*Leader National Pool*
  Leader National Insurance Co
  Leader Preferred Insurance Co
  Leader Specialty Insurance Co

*Mid-Continent Group*
  Mid-Continent Casualty Co
  Mid-Continent Insurance Co OK
  Oklahoma Surety Company
*National Interstate Ins Co*
*Republic Indemnity Ins Pool*
  Republic Indem Co of America
  Republic Indemnity Co of CA
*Stonewall Insurance Company*
*Windsor Insurance Pool*
  American Deposit Ins Co
  Coventry Insurance Company
  Regal Insurance Company
  Windsor Insurance Company