# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 3104                                             Date Filed: 4/18/2007

Plaintiff:
THE TRAVELERS as subrogee of DORSON INC., and EDDIE BAUER, INC., THE HARTFORD INSURANCE CO., as subrogee of CROSS ISLAND TRADING CO., INC., and GREAT AMERICAN INSURANCE CO., as subrogee of DO IT BEST CORP.

vs.

Defendant:
M/V "EASTLINE TIANJIN", her engines, boilers, etc., and KAWASAKI KISEN KAISHA, LTD., YANG MING MARINE TRANSPORT, LTD., PHOENIX INTERNATIONAL FREIGHT SERVICES, LTD., LAUFER FREIGHT LINES, LTD., and APL LOGISTICS

For:
Roman Badik
BADIK & WILL, LLP
106 Third Street
Mineola, NY  11501-4404

Received by SBI PROCESS SERVICE to be served on **YANG MING MARINE TRANSPORT, LTD, 525 WASHINGTON BLVD, JERSEY CITY, NJ 07310**.

I, Charles M Tedesco Jr., being duly sworn, depose and say that on the **24th day of April, 2007** at **10:30 am**, I:

**AUTHORIZED:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **JENNIE ACEVEDO** as **RECEPTIONIST**, who stated they are authorized to accept service for: **YANG MING MARINE TRANSPORT, LTD** at the address of: **525 WASHINGTON BLVD, JERSEY CITY, NJ 07310**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: W, Height: 5'4, Weight: 130, Hair: Brn, Glasses: N

Subscribed and Sworn to before me on the 24th day of April, 2007 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

LISA O'CALLAGHAN

_____
Charles M Tedesco Jr.
Process Server

SBI PROCESS SERVICE
61 Mt. Kemble Ave.
Suite 503
Morristown, NJ  07960-5176
(973) 267-1513
Our Job Serial Number: 2007000333