BADIAK & WILL, LLP
Attorneys for Plaintiffs
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225
Our Ref.:  06-P-017-RB


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

THE TRAVELERS as subrogee of DORSON       **07 CV 3104 (RPP)**
INC., and EDDIE BAUER, INC.; THE HARTFORD
INSURANCE CO., as subrogee of CROSS ISLAND
TRADING CO., INC.; and GREAT AMERICAN
INSURANCE CO., as subrogee of DO IT BEST CORP.;
and FIREMAN'S FUND INSURANCE COMPANY
as subrogee of TRINITY GLASS INTERNATIONAL, INC.,

                                **SUPPLEMENTAL**
                Plaintiffs,        **RULE 7.1 STATEMENT**

      -against-

M/V "EASLINE TIANJIN", her engines, boilers, etc.,

      -and-

KAWASAKI KISEN KAISHA, LTD., YANG MING
MARINE TRANSPORT, LTD., PHOENIX
INTERNATIONAL FREIGHT SERVICES, LTD.,
LAUFER FREIGHT LINES, LTD., APL LOGISTICS,
and HYUNDAI MERCHANT MARINE, LTD.

                    Defendants.

-------------------------------------------------------------------------X

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO

EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE

UNDERSIGNED COUNSEL OF RECORD FOR A PRIVATE (NON-

GOVERNMENTAL) PARTY CERTIFIES THAT THE FOLLOWING ARE

CORPORATE PARENTS, SUBSIDIARIES, OR AFFILIATES OF THAT PARTY

WHICH ARE PUBLICLY.

            **SEE ATTACHED LIST**

DATED:    May 7, 2007_____   _____
                              SIGNATURE OF ATTORNEY
                              ROMAN BADIAK

**ALLIANZ OF AMERICA, INC**
    Allianz Insurance Company
    Allianz Insurance Group
    Allianz Underwriters Ins Co
    American Automobile Ins Co
    American Insurance Company
    American Standard Lloyd's
    Associated Indemnity Corp
    Chicago Insurance Company
    Fireman's Fund Cty Mut Ins
    Fireman's Fund Indemnity Corp
    Fireman's Fund Insurance Cos
    Fireman's Fund Insurance Co
    Fireman's Fund Ins Co of GA
    Fireman's Fund Ins Co of HI
    Fireman's Fund Ins Co of LA
    Fireman's Fund Ins Co of MO
    Fireman's Fund Ins Co of NE
    Fireman's Fund Ins Co of OH
    Fireman's Fund Ins Co of WI
    Interstate Fire & Casualty Co
    Interstate Indemnity Company
    Midway Ins Co of Illinois
    National Surety Corporation
    Vintage Insurance Company
    Warner Insurance Company
**Fireman's Fund Ins Co of TX**
**Jefferson Insurance Group**
    Jefferson Insurance Co of NY
    Monticello Insurance Co
**Parkway Insurance Company**
**San Francisco Reinsurance Co**