```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
THE TRAVELERS as subrogee of DORSON          07 CV 3104 (RPP)
INC., and EDDIE BAUER, INC., THE
HARTFORD INSURANCE CO., as subrogee
of CROSS ISLAND TRADING CO., INC.,
and GREAT AMERICAN INSURANCE CO., as
subrogee of DO IT BEST CORP.

                    Plaintiffs,         RULE 7.1. STATEMENT

        -against-

M/V "EASLINE TIANJIN" her engines,
boilers, etc

        - and -

KAWASAKI KISEN KAISHA LTD.;
YANG MING MARINE TRANSPORT, LTD.
PHOENIX INTERNATIONAL SERVICES
LTD., LAUFER FREIGHT LINES, LTD.
and APL LOGISTICS,
                    Defendants.
------------------------------------------X
```

Attorney of record, EDWARD A. KEANE, of the firm of MAHONEY AND KEANE, LLP, attorneys of record for defendant KAWASAKI KISEN KAISHA LTD., certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of KAWASAKI KISEN KAISHA LTD.

Dated:  New York, N.Y.
        May 8, 2007

_____
EDWARD A. KEANE (EK 1398)