Form 27 - GENERAL PURPOSE

**BADIAK & WILL, LLP**
**ATTN:**
U.S. SOUTHERN DIST. COURT      NEW YORK  COUNTY
--------------------------------------------------

THE TRAVELERS AS SUBROGEE OF DORSON      plaintiff
INC., ETAL
                  - against -

M/V "EASLINE TIANJIN", HER ENGINES,      defendant
BOILERS, ETC., ETAL
--------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK       :SS:

Index No. **07CV3104RPP**

Date Filed  ............

Office No. **06-P-017-RB**

Court Date:  **/ /**

**HOWARD HERTZFELD**      being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the
State of New York.
     That on the  **27th  day of April, 2007**      at  **09:20 AM.,**           at
     **230-59 INTERNATIONAL AIRPORT CENTER BLVD.**
     **RM 240, JAMAICA, NY 11434**
I served a true copy of the
     **SUMMONS AND COMPLAINT**

upon **PHOENIX INTERNATIONAL FREIGHT SERVICE, LTD.**
**the DEFENDANT** therein named,
by delivering to, and leaving personally with
     **FRAN RIS---MANAGING AGENT**

a true copy of each thereof.

     Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the aforesaid service as follows:
          SEX: **FEMALE**          COLOR: **WHITE**          HAIR: **BLACK**
          APP. AGE: **42**          APP. HT: **5:4**          APP. WT: **140**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
1st  day of  May, 2007i

BRETT GOLUB
Notary Public, State of New York
     No. 01G06129491
Qualified in NASSAU
Commission Expires 06/27/2009

HOWARD HERTZFELD  278037
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3BWM32692