Form 27 - GENERAL PURPOSE

BADIAK & WILL, LLP
ATTN:

U.S.SOUTHERN DIST. COURT      NEW YORK   COUNTY
------------------------------------------------------
THE TRAVELERS AS SUBROGEE OF DORSON      plaintiff
INC., ETAL
                - against -

M/V "EASLINE TIANJIN", HER ENGINES,      defendant
BOILERS, ETC., ETAL
------------------------------------------------------

Index No. **07CV3104RPP**

Date Filed  ............

Office No. **06-P-017-RB**

Court Date:   /   /

STATE OF NEW YORK, COUNTY OF NEW YORK           :SS:

**RUDOLPH WRIGHT**      being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on the  **1st  day of May, 2007**       at  **04:45 PM.,** at
  **20 VESEY ST, RM 601**
  **NEW YORK, NY 10007**
I served a true copy of the
  **SUMMONS AND COMPLAINT**

upon **LAUFER FREIGHT LINES, LTD.**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
  **DELANO DIXON, ACCOUNTING MANAGER & GENERAL AGENT**

a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
  SEX: **MALE**          COLOR: **BROWN**         HAIR: **WHITE**
  APP. AGE: **52**       APP. HT: **5:7**         APP. WT: **150**

OTHER IDENTIFYING FEATURES: **GLASSES**


Sworn to before me this
2nd   day of  May, 2007n



KENNETH WISSNER
Notary Public, State of New York
   No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

RUDOLPH WRIGHT   1022795
AETNA   CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3BWM32693