# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 3104 (RPP)   Date Filed: 5/8/2007

Plaintiff:
THE TRAVELERS as subrogee of DORSON INC and EDDIE BAUER, INC; THE HARTFORD INSURANCE CO, as subrogee of CROSS ISLAND TRADING CO, INC; GREAT AMERICAN INSURANCE CO, as subrogee of DO IT BEST CORP.; and FIREMAN'S FUND INSURANCE COMPANY as subrogee of TRINITY CLASS INTERNATIONAL, INC

vs.

Defendant:
M/V "EASTLINE TIANJIN", her engines, boilers, etc., and KAWASAKI KISEN KAISHA, LTD., YANG MING MARINE TRANSPORT, LTD., PHOENIX INTERNATIONAL FREIGHT SERVICES, LTD., LAUFER FREIGHT LINES, LTD., APL LOGISTICS, and HYUNDAI MERCHANT MARINE, LTD.

For:
Roman Badik
BADIK & WILL, LLP
106 Third Street
Mineola, NY  11501-4404

Received by SBI PROCESS SERVICE to be served on **HYUNDAI MERCHANT MARINE LIMITED, 300 SYLVAN AVENUE, ENGLEWOOD CLIFFS, NJ 07632**.

I, Charles M Tedesco Jr., being duly sworn, depose and say that on the **14th day of May, 2007** at **11:00 am**, I:

**AUTHORIZED:** served by delivering a true copy of the **SUMMONS IN A CIVIL CASE AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **CHERYL MOLINARI** as **SHIPPING MANAGER**, who stated they are authorized to accept service for: **HYUNDAI MERCHANT MARINE LIMITED** at the address of: **433 HACKENSACK AVENUE, HACKENSACK, NJ 07601**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: W, Height: 5'4, Weight: 140, Hair: Brn, Glasses: Y

Subscribed and Sworn to before me on the 14th day of May, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC
LISA O'CALLAGHAN

Charles M Tedesco Jr.
Process Server

SBI PROCESS SERVICE
61 Mt. Kemble Ave.
Suite 503
Morristown, NJ  07960-5176
(973) 267-1513
Our Job Serial Number: 2007000371
Ref: 06-P-017-RB

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0g