8923.PMK
CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006
(212) 344-7042

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE TRAVELERS as subrogee of DORSON INC., and EDDIE BAUER, INC., THE HARTFORD INSURANCE CO., as subrogee of CROSS ISLEAND TRADING CO., INC., and GREAT AMERICAN INSURANCE CO., as subrogee of DO IT BEST CORP., <br><br> Plaintiffs, <br><br> -against- <br><br> M/V "EASLINE TIANJIN", her engines, tackle, boilers etc., and KAWASAKI KISEN KAISHIA LTD.; YANG MING TRANSPORT COPR.; PHOENIX INTERNATIONAL FREIGHT SERVICES LTD., LAUFER FREIGHT LINES, LTD., and APL LOGISTICS <br><br> Defendants. | **07 cv 3104 (RPP)** <br><br> **Related cases:** <br> **07 cv 1357 (RPP)** <br> **07 cv 2562 (RPP)** <br> **07 cv 3180 (RPP)** <br> **07 cv 959 (RPP)** <br><br> **ECF CASE** <br><br> **YANG MING** <br> <u>**RULE 7.1 STATEMENT**</u> |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for Yang Ming Transport Corp. certifies that upon information and belief this Defendant has no corporate parents, subsidiaries, or affiliates which are publicly held.

    Dated:  New York, New York
              June 15, 2007

                                                CICHANOWICZ, CALLAN, KEANE,
                                                VENGROW & TEXTOR, LLP
                                                *ATTORNEYS FOR YANG MING*
                                                By:_s/ Paul M. Keane_____
                                                    Paul M. Keane (PMK5934)