UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE TRAVELERS as subrogee of DORSON INC.,
and EDDIE BAUER, INC.; THE HARTFORD
INSURANCE CO. as subrogee of CROSS ISLAND
TRADING CO., INC.; GREAT AMERICAN
INSURANCE CO. as subrogee of DO IT BEST
CORP.; and FIREMAN'S FUND INSURANCE
COMPANY as subrogee of TRINITY GLASS     07 Civ. 3104 (RPP)
INTERNATIONAL, INC.,

                          Plaintiffs,
                                                          **FED. R. CIV. P**
           -against-                                 **7.1 CERTIFICATION**

M/V EASLINE TIANJIN, her engines, boilers, etc.;
KAWASAKI KISEN KAISHA, LTD.; YANG
MING MARINE TRANSPORT, LTD.; PHOENIX
INTERNATIONAL FREIGHT SERVICES, LTD.;
LAUFER FREIGHT LINES, LTD.; APL
LOGISTICS; and HYUNDAI MERCHANT
MARINE, LTD.,

                          Defendants.
------------------------------------------------------------X

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure of the United States District Courts, the undersigned counsel for Defendant HYUNDAI MERCHANT MARINE, LTD. certifies that Defendant is a public company listed on the Seoul Stock Exchange.

Dated: New York, New York
         June 19, 2007

                                                  **DeORCHIS, WIENER & PARTNERS, LLP**
                                                  Attorneys for Defendant
                                                  HYUNDAI MERCHANT MARINE, LTD.


                                                  By:  /s/ Christopher H. Mansuy
                                                     **Christopher H. Mansuy (CM-0813)**
                                                     61 Broadway, 26th Floor
                                                   New York, New York 10006-2802
                                                   (212) 344-4700
                                                   Our File: 876-9