BLANK ROME LLP
Attorneys for Defendant
APL LOGISTICS HONG KONG LTD.
405 Lexington Avenue
New York, NY 10174-0208
Tel: (212) 885-5000
Fax: (212) 885-5001
John D. Kimball (JK-2005)
Matthew H. James (MJ-3286)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE TRAVELERS as subrogee of DORSON INC., and EDDIE BAUER, INC., THE HARTFORD INSURANCE CO., as subrogee of CROSS ISLAND TRADING CO., INC., and GREAT AMERICAN INSURANCE CO., as subrogee of DO IT BEST CORP., <br><br>                                    Plaintiffs, <br><br> - against - <br><br> M/V "EASLINE TIANJIN", her engines, boilers, etc., <br><br> - and - <br><br> KAWASAKI KISEN KAISHA, LTD., YANG MING MARINE TRANSPORT, LTD., PHOENIX INTERNATIONAL FREIGHT SERVICES, LTD., LAUFER FREIGHT LINES, LTD., APL LOGISTICS, and HYUNDAI MERCHANT MARINE, LTD., <br><br>                                    Defendants. | 07 Civ. 3104 (RPP) <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> **FED.R.CIV.P. 7.1(a) DISCLOSURE STATEMENT OF DEFENDANT APL LOGISTICS HONG KONG LTD.** |

Pursuant to Fed.R.Civ.P. 7.1(a), the undersigned attorney of record certifies:

1. APL Logistics, Ltd. owns 99% of defendant APL Logistics Hong Kong Ltd. (sued herein as "APL Logistics").

2. APL Logistics, Ltd. is not publicly traded.

603595.00601/6558958v.1

3. Neptune Orient Lines Limited owns 1% of defendant APL Logistics Hong Kong Ltd. (sued herein as "APL Logistics") and 100% of APL Logistics, Ltd.

4. Neptune Orient Lines Limited is publicly traded.

Dated:    New York, New York
July 10, 2007

                        BLANK ROME LLP

                        Attorneys for Defendant
                        APL LOGISTICS HONG KONG LTD.

                    By: /s/ John D. Kimball
                        John D. Kimball (JK-2005)
                        405 Lexington Avenue
                        New York, NY  10174-0208
                        Tel:  (212) 885-5000
                        Fax: (212) 885-5001

Of Counsel:
Matthew H. James (MJ-3286)