**DeORCHIS, WIENER & PARTNERS, LLP**
61 Broadway, 26th Floor
New York, New York  10006-2802
(212) 344-4700

Attorneys for Defendant
HYUNDAI MERCHANT MARINE CO., LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE TRAVELERS as subrogee of DORSON INC.,
and EDDIE BAUER, INC.; THE HARTFORD
INSURANCE CO. as subrogee of CROSS ISLAND
TRADING CO., INC.; GREAT AMERICAN
INSURANCE CO. as subrogee of DO IT BEST
CORP.; and FIREMAN'S FUND INSURANCE
COMPANY as subrogee of TRINITY GLASS         07 Civ. 3104 (RPP)
INTERNATIONAL, INC.,

                 Plaintiffs,                **NOTICE OF MOTION**

      -against-

M/V EASLINE TIANJIN, her engines, boilers, etc.;
KAWASAKI KISEN KAISHA, LTD.; YANG
MING MARINE TRANSPORT, LTD.; PHOENIX
INTERNATIONAL FREIGHT SERVICES, LTD.;
LAUFER FREIGHT LINES, LTD.; APL
LOGISTICS; and HYUNDAI MERCHANT
MARINE CO., LTD.,

                 Defendants.
------------------------------------------------------------X

      PLEASE TAKE NOTICE that upon the annexed Declaration of Mr. Chris Paik executed the 4th day of July, 2007, the Exhibits annexed thereto and the accompanying Memorandum of Law and previous pleadings and proceedings heretofore had herein, defendant Hyundai Merchant Marine Co., Ltd. will move this Court before the Honorable Robert P. Patterson, United States District Judge, in Courtroom 24A, U.S. Courthouse 500 Pearl Street, New York, New York on the 13th day of August, 2007, pursuant to Federal Rule of Civil

Procedure 12b(1), (3) and/or (6) for an Order dismissing the Complaint on the ground of the forum selection clause set forth in Hyundai Merchant Marine bill of lading HDMUXGWB0110357 under and pursuant to which plaintiff Fireman's Fund Insurance Company as subrogee of Trinity Glass International, Inc. sues requires all suits to be brought before the Seoul Civil District Court in Korea and for such other further relief as to the Court may seem just and proper.

Dated:  New York, New York
       July 18, 2007

          **DeORCHIS, WIENER & PARTNERS, LLP**
          Attorneys for Defendant
          HYUNDAI MERCHANT MARINE CO., LTD.

          By:   /s/ Christopher H. Mansuy
             **Christopher H. Mansuy (CM-0813)**
             61 Broadway, 26th Floor
             New York, New York  10006-2802
             (212) 344-4700
             Our File:  876-9

W:\876-9\Legals\Not. Of Mot., 07-16-07, Chm.Doc 7/18/07-kc

T O :

BADIAK & WILL, LLP
Attorneys for Plaintiffs
106 Third Street
Mineola, New York  11501-4404
(515) 877-2225
Attention;  Roman Badiak, Esq.

MAHONEY & KEANE LLP
Attorneys for Co-Defendants
111 Broadway, 10th Floor
New York, New York  10006
(212) 385-1422
Attention:  Edward A. Keane, Esq.

CICHANOWICZ CALLAN KEANE VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York  10006-2802
(212) 344-7042
Attention:  Paul M. Keane, Esq.

BLANK ROME
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000
Attention:  John D. Kimball, Esq.