| | |
|---|---|
| UNITED STATES DISTRICT COURT<br><br>SOUTHERN DISTRICT OF NEW YORK | 06 Civ. 13439 (RPP)<br>07 Civ. 00959<br>07 Civ. 01357<br>07 Civ. 02562<br>07 Civ. 03104<br>07 Civ  03180 |

INDEMNITY INSURANCE CO. OF NORTH AMERICA,

                          Plaintiff,

- against -

C.U. TRANSPORT, INC., et al.,

                         Defendants.

And Five Related Cases

DEFENDANTS, YANG MING MARINE TRANSPORT CORP.'S AND YANG MING (AMERICA) CORP.'S  NOTICE OF MOTION TO DISMISS THE CLAIMS AGAINST THEM ON GROUND OF A MANDATORY AND EXCLUSIVE FOREIGN FORUM SELECTION AGREEMENT

Please take notice that defendants, YANG MING MARINE TRANSPORT CORP. and YANG MING (AMERICA) CORP., will move this Court at the U.S. Courthouse at 500 Pearl Street, New York, NY, before the Hon. Robert P. Patterson, U.S.D.J., for an order:

      A.      Dismissing the claims against defendant, YANG MING MARINE TRANSPORT CORP. on grounds of a mandatory and exclusive foreign forum selection agreement; and

      B.      Dismissing the claims against defendant, YANG MING (AMERICA) CORP., on grounds that it had no involvement in the transactions, occurrences or events sued on, or in the alternative, on grounds of the said mandatory and exclusive foreign forum selection agreement.

Please take further notice that your answering papers and opposing memoranda must be served and filed within the time provided for in Local Civil Rule 6.1(b).

Dated:      New York, NY

                July 31, 2007

CICHANOWICZ CALLAN KEANE VENGROW & TEXTOR, LLP, 61 Broadway, Ste. 3000
New York, NY 10006 – Tel. 212-344-7042

By: /s/_____Paul M. Keane_____
        Paul M. Keane [PK-5934]
Attorneys for Defendants, YANG MING MARINE TRANSPORT CORP. & YANG MING (AM.) CORP.

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br><br>SOUTHERN DISTRICT OF NEW YORK | 06 CV 13439 (RPP)<br>07 CV 00959, 01357, 02562, 03104, 03180 |
| INDEMNITY INSURANCE CO. OF NORTH AMERICA,<br>　　　　　　　　　　　　Plaintiff,<br>　- against -<br>C.U. TRANSPORT, INC., et al.,<br>　　　　　　　　　　　　Defendants.<br><br>And Five Related Cases | NOTICE TO PRODUCE PROPOUNDED BY DEFENDANTS, YANG MING MARINE TRANSPORT CORP. AND YANG MING (AMERICA) CORP. TO ALL OPPOSING COUNSEL IN CONJUNCTION WITH DISMISSAL MOTION |

PLEASE TAKE NOTICE that in conjunction with the undersigned's motion to dismiss, you are requested to produce along with your answering papers true and complete copies of both sides – with legible terms and conditions - of all bills of lading, waybills or other contracts of carriage or affreightment which:

(a)　You will rely upon in opposing the prefixed motion to dismiss; and/or

(b)　Which covered any of the cargoes which are the subject of these actions (except for the bills of lading issued by YANG MING MARINE TRANSPORT CORP.)

Dated: New York, NY, July 31, 2007

　　　　CICHANOWICZ CALLAN KEANE VENGROW & TEXTOR, LLP
　　　　61 Broadway 3000, New York, NY 10006 – (212) 344-7042
　　　　Attorneys for Defendants, YANG MING MARINE TRANSPORT CORP. and YANG MING (AMERICA) CORP.

　　　　By:　/s/ _____Paul M. Keane_____
　　　　　　　　PAUL M. KEANE [PK-5934]

1