USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/07

# BADIAK & WILL, LLP

ROMAN BADIAK
ALFRED J. WILL
JAMES P. KRAUZLIS
LISA ANN SCOGNAMILLO

*Attorneys and Proctors in Admiralty*

106 THIRD STREET
MINEOLA, NY 11501-4404

TELEPHONE: (516) 877-2225
TELEFAX: (516) 877-2230/2240
E-MAIL: ADMIRALAW@AOL.COM

FLORIDA OFFICE:
BADIAK, WILL & KALLEN
17071 WEST DIXIE HIGHWAY
NORTH MIAMI BEACH, FL 33160

JOHN D. KALLEN



August 1, 2007

Honorable Robert P. Patterson
U.S. Courthouse, Suite 2550
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

RE:   The Travelers et al. v. M/V "EASTLINE TIANJIN" et al.
      07 CV 3104 (RPP)
      Our Ref.: 07-II-536-RB

Honorable Sir:

We request permission to file a second amended complaint on the above captioned matter. We just received another claim against this vessel involved in an alleged heavy weather incident. This is the last claim in that any other claim would probably be time-barred.

We thank Your Honor for your kind patience and cooperation and await your advices.

Respectfully submitted,

BADIAK & WILL, LLP

_____
ROMAN BADIAK

RB/kl

*application granted
So ordered
Robert P. Patterson
USDJ
8/1/07*