# HILL RIVKINS

**HILL RIVKINS & HAYDEN**
45 Broadway, Suite 1500, New York, NY 10006-3739   Tel: (212) 669-0600
Fax: (212) 669-0698/0699   e-mail: thefirm@hillrivkins.com
Website: www.hillrivkinslaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/07

August 23, 2007

RECEIVED
AUG 23 2007
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

**Fax Transmission – 212-805-7917**
The Honorable Robert P. Patterson, Jr.
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   (2) Insurance Company of North America v.
C.U. Transport Inc., China United Transport, Inc.,
Kawasaki Kisen Kaisha Ltd., K-Line;
M/V "EASLINE TIANJIN", etc.,
07 Civ. 959 (RPP)

(3) Reed & Barton Corporation v.
M.V. Easline Tianjin, in rem and Yang
Ming Marine Transport Corp. and
Unifreight Forwarder Inc.
07 Civ. 1357 (RPP)

(4) American Home Assurance Co. et al. v.
Easline Tianjin, et al.
07 Civ. 2562 (RPP)

(5) The Travelers v. M/V EASLINE TIANJIN
07 Civ. 3104 (RPP)

(6) Klaussner International LLC v. MV. EASLINE
TIANJIN, etc., et ano.
07 Civ. 3180 (RPP)
Our File No.: 29356-JEO

Dear Judge Patterson:

We represent the plaintiffs in the actions referred to above as (3) and (6). We are writing on behalf of the other plaintiffs in actions (2), (4) and (5), and with the consent of

---

NEW JERSEY
175 North Broadway
South Amboy, NJ 08879-1638
Tel: (732) 838-0300  Fax: (732) 316-2365
e-mail: thefirm@hillrivkins.com

TEXAS
712 Main Street, Suite 1515
Houston, TX 77002-3209
Tel: (713) 222-1515  Fax: (713) 222-1359
e-mail: hillrivkinstexas@hillrivkins.com

CONNECTICUT
60 Quarry Dock Road
Branford, CT 06405-4654
Tel: (203) 315-9274  Fax: (203) 315-9264
e-mail: hillrivkinsct@met.net

CALIFORNIA
Of Counsel:
Brown & Associates
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628-5126
Tel: (916) 859-4910  Fax: (916) 859-4911

August 23, 2007
Page 2

counsel for Yang Ming Transport Corporation and Yang Ming (America) Corporation ("Yang Ming") in all of the above actions, to request a two week extension until September 14, 2007 for all plaintiffs to file opposition papers to Yang Ming's Motions to Dismiss.

    We make this application as counsel for all the parties referred to above are engaged in productive settlement discussions.

    All counsel are awaiting instructions from clients here, and abroad. An additional two weeks would allow the parties the opportunity to ascertain if these matters can be amicably resolved.

Respectfully submitted,

HILL RIVKINS & HAYDEN LLP

John Eric Olson

JEO:ds

cc: **Fax Transmission – 212-376-6488**
Edward Radzik, Esq.
McDermott & Radzik

**Fax Transmission – 212-344-7285**
Paul Keane, Esq.
Cichanowicz Callan Keane Vengrow & Textor LLP

**Fax Transmission - 212-732-7352**
David L. Mazaroli
Law Offices of David L. Mazaroli

**Fax Transmission - 516-877-2230/2240**
Roman Badiak, Esq.
Badiak & Will LLP

29356\018JudgePatterson



Application granted
SO ORDERED
Robert P. Patterson USDJ
8/23/07



HILL RIVKINS