# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

**APPEARANCE**

Case Number: 07 Civ. 3104 (RPP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs The Travelers, The Hartford Ins Co., Great American Ins. Co., and Fireman's Fund Ins. Co. Roman Badiak, former lead counsel for Plaintiff, has retired from the firm and the undersigned is now acting as Lead Counsel in this matter.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/30/2007 | _(signature)_ |
| Date | Signature |
| | Badiak & Will, LLP by: James P. Krauzlis    JK-4972 |
| | Print Name    Bar Number |
| | 106 3rd Street |
| | Address |
| | Mineola    New York    11501 |
| | City    State    Zip Code |
| | (516) 877-2225    (516) 877-2230 |
| | Phone Number    Fax Number |