SEP 13 2007

# HILL RIVKINS & HAYDEN LLP

45 Broadway, Suite 1500, New York, NY 10006-3739   Tel: (212) 669-0600
Fax: (212) 669-0698/0699              e-mail: thefirm@hillrivkins.com
Website: www.hillrivkinslaw.com

September 13, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/07
```

<u>Fax Transmission – 212-805-7917</u>
The Honorable Robert P. Patterson, Jr.
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  (2)  Insurance Company of North America v.
C.U. Transport Inc., China United Transport, Inc.,
Kawasaki Kisen Kaisha Ltd., K-Line;
M/V "EASLINE TIANJIN", etc.,
07 Civ. 959 (RPP)

**MEMO ENDORSED**

(3)  Reed & Barton Corporation v.
M.V. Easline Tianjin, <u>in rem</u> and Yang
Ming Marine Transport Corp. and
Unifreight Forwarder Inc.
07 Civ. 1357 (RPP)

(4)  American Home Assurance Co. <u>et al</u>. v.
Easline Tianjin, <u>et al</u>.
07 Civ. 2562 (RPP)

(5)  The Travelers v. M/V EASLINE TIANJIN
07 Civ. 3104 (RPP)

(6)  Klaussner International LLC v. MV. EASLINE
TIANJIN, etc., et ano.
07 Civ. 3180 (RPP)
<u>Our File No.: 29356-JEO</u>

Dear Judge Patterson:

We represent the plaintiffs in the actions referred to above as (3) and (6). We are writing on behalf of the other plaintiffs in actions (2), (4) and (5), and with the consent of

NEW JERSEY                   TEXAS                         CONNECTICUT                 CALIFORNIA
175 North Broadway           712 Main Street, Suite 1515   60 Quarry Dock Road         Of Counsel:
South Amboy, NJ 07879-1638   Houston, TX 77002-3209        Branford, CT 06405-4654     Brown & Associates
Tel: (732) 838-0300  Fax: (732) 316-2365   Tel: (713) 222-1515 Fax: (713) 222-1359   Tel: (203) 315-9274 Fax: (203) 315-9264   11140 Fair Oaks Boulevard, Suite 100
e-mail: thefirm@hillrivkins.com   e-mail: hillrivkinstexas@hillrivkins.com   e-mail: hillrivkinsct@xnet.net   Fair Oaks, CA 95628-5126
                                                                                        Tel: (916) 859-4910  Fax: (916) 859-4911

September 13 2007
Page 2

counsel for Yang Ming Transport Corporation and Yang Ming (America) Corporation ("Yang Ming") in all of the above actions, to request a further two week extension until September 28, 2007 for all plaintiffs to file opposition papers to Yang Ming's Motions to Dismiss.

    As we advised in our August 23, 2007 letter, settlement negotiations were progressing. We are pleased to report that most of the plaintiffs have agreed to their attorney's recommendations with respect to the negotiations, however, two plaintiffs have not yet responded to the recommendation to settle.

    We believe an additional two weeks will allow all the parties to resolve the outstanding settlement issues.

                       Respectfully submitted,

                       HILL RIVKINS & HAYDEN LLP

                       John Eric Olson

JEO:ds

cc:     Fax Transmission – 212-376-6488
        Edward Radzik, Esq.
        McDermott & Radzik

        Fax Transmission – 212-344-7285
        Paul Keane, Esq.
        Cichanowicz Callan Keane Vengrow & Textor LLP

        Fax Transmission  -  212-732-7352
        David L. Mazaroli
        Law Offices of David L. Mazaroli

        Fax Transmission -  516-877-2230/2240
        Jim Krauzlis, Esq.
        Badiak & Will LLP

*[Handwritten annotation in right margin: "Application granted so ordered" with signature, "USDJ 9/13/7"]*

29356\018JudgePatterson

