LAW OFFICES OF
# CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP

61 BROADWAY, SUITE 3000
NEW YORK, N.Y. 10006-2802

PAUL M. KEANE
STEPHEN H. VENGROW'
JAMES M. TEXTOR*
JOSEPH F. DE MAY, JR.
RANDOLPH H. DONATELLI#
PATRICK MICHAEL DECHARLES II'

JESSICA A. DE VIVO°
IRENE M. ZANETOS°

'ALSO ADMITTED TO DISTRICT OF
COLUMBIA, MAINE & NEW JERSEY
'ALSO ADMITTED TO PENNSYLVANIA
*ALSO ADMITTED TO GEORGIA
'ALSO ADMITTED TO NEW JERSEY & TEXAS
°ALSO ADMITTED TO NEW JERSEY


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/07

TELEPHONE: (212) 344-7042
TELEFAX: (212) 344-7285
TELEFAX: (212) 344-3988

NEW JERSEY OFFICE
75 MONTGOMERY STREET, SUITE 200
JERSEY CITY, NJ 07302
(201) 209-0960

A.J. MARINO
OF COUNSEL

BYRON KING CALLAN
(1914-1992)
VICTOR S. CICHANOWICZ
(1918-1989)

September 27, 2007


MEMO ENDORSED

BY FAX (212) 805-7917

Honorable Robert P. Patterson
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

    Re:    International Marine Underwriters v.
MV EASLINE TIANJIN, et. al. - **06 CV 13439**

Indemnity Insurance Company of North America v.
C.U. Transport Inc., et. al. - **07 CV 959**

Reed & Barton Corporation v. Unfrieght Forwarder
Inc. - **07 CV 1357**

American Home Assurance Company v. MV
EASLINE TIANJIN, et. al. - **07 CV 2562**

The Travelers et. al. V. MV EASLINE TIANJIN -
**07 CV 3104**

Klaussner International, LLC v. MV EASLINE
TIANJIN - **07 CV 3180**

Our file 8923/PMK

Dear Judge Patterson:

    We are pleased to advise that an agreement has been reached between the plaintiffs, third party plaintiffs, and defendant, Yang Ming, in the referenced actions. In order that there is no confusion, this settlement does not involve co-defendants Hyundai and Kawasaki Kisen Kaisha. In an order to finalize the settlement as far as the Yang

Honorable Robert P. Patterson                           September 27, 2007
                                                        Page 2

Ming cases, we need to get all co-defendants involved in those cases on board with the terms of the settlement. Consequently, it is respectfully requested that the return date of our jurisdiction motion be adjourned two weeks during which time we will try to work out the terms of a stipulation of discontinuance with prejudice with all defendants involved in the Yang Ming cases. The reason we do not want to withdraw the motion is that if, for any reason, any co-defendant doesn't want to go along with the settlement, then they would have to respond to our jurisdiction motion.

   Your assistance in this matter is appreciated.

                                        Very truly yours,

                                        CICHANOWICZ, CALLAN, KEANE,
                                        VENGROW & TEXTOR

                                        Paul M. Keane

PMK/am

Cc:  Ren Rong Pan (Via Email rpanlaw@yahoo.com)
     Peter D. Clark (Via Email pclark@navlaw.com)
     Edward C. Radzik (Via Email eradzik@mcdermottradzik.com)
     Edward A. Keane (Via Email ekeane@mahoneykeane.com)
     Garth Wolfson (Via Email gwolfson@mahoneykeane.com)
     David Mazaroli (Via Email dlm@mazarolilaw.com)
     John Olsen (Via Email JOlson@hillrivkins.com)
     Roman Badiak (Via Email rbadiak@badiakwill.com)
     Christopher Mansuy (Via Email cmansuy@marinelex.com)
     James F. Sweeney (Via Email JSweeney@nicolettihornig.com)
     Edward Flood (Via Email eflood@lyons-flood.com)
     Jim Krauzlis (Via Email jimkrauzlis@att.net)

*Handwritten note: Application granted, the return date on the motion is extended to 10/16/07 at 9:30 AM. So ordered. RPPatterson 9/27/07*