# DeOrchis, Wiener & Partners, LLP

| Florida Office: | Attorneys at Law and Proctors in Admiralty | New Jersey Office: |
|---|---|---|
| 8751 W. Broward Blvd., Ste. 203<br>Ft. Lauderdale, FL 33324<br>(954) 652-0100 | 61 Broadway, 26th Floor<br>New York, New York 10006-2802 | 1495 Morris Avenue<br>Union, NJ 07083<br>(973) 467-4740 |
| Connecticut Office:<br>24 Hoyt Street<br>Stamford, CT 06905<br>(203) 323-9120 | Telephone: (212) 344-4700<br>Facsimile: (212) 422-5299<br>www.marinelex.com | Massachusetts Office:<br>2355 Main Street, P.O. 186<br>S. Chatham, MA 02659<br>(508) 432-2121 |

October 15, 2007

Christopher H. Mansuy
cmansuy@marinelex.com

**VIA FACSIMILE No.: 212-805-7917**
Honorable Robert P. Patterson
U.S. District Judge
U.S. District Courthouse
500 Pearl Street
New York, NY 10007-1312

[RECEIVED OCT 15 2007 CHAMBERS OF JUDGE ROBERT P. PATTERSON]

Re: *The Travelers, et al. v. M/V EASLINE TIANJIN, et al.*
07 Civ. 3104 (RPP)
Our file no.: 876-9

**MEMO ENDORSED**

Dear Judge Patterson:

We represent Hyundai Merchant Marine Co., Ltd. in the captioned matter and write with consent of Mr. Krauzlis, attorney for plaintiff Fireman's Fund, after discussion with Ms. Jalina Hudson and request that the oral argument of the defendant's motion to dismiss the complaint be scheduled for Thursday, October 25 at 11:30 a.m.

Your Honor's attention to this request is appreciated.

Respectfully,

DEORCHIS, WIENER & PARTNERS, LLP

By _____
Christopher H. Mansuy

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 10/15/07]

So ordered
Robert P. Patterson
USDJ
10/15/07

CHM:kc
W:\876-9\Letters\Judge Patterson, 10-15-07, Chm.Doc 10/16/07-kc

cc:

**VIA FACSIMILE No.: 212-376-6777**
Badiak & Will, LLP
Attention: James P. Krauzlis, Esq.