## LAW OFFICES OF
## CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 BROADWAY, SUITE 3000
NEW YORK, N.Y. 10006-2802

PAUL M. KEANE
STEPHEN H. VENGROW*
JAMES M. TEXTOR*
JOSEPH F. DE MAY, JR.
RANDOLPH H. DONATELLI*
PATRICK MICHAEL DeCHARLES II²

JESSICA A. DE VIVO°
IRENE M. ZANETOS°

¹ALSO ADMITTED TO DISTRICT OF
 COLUMBIA, MAINE & NEW JERSEY
*ALSO ADMITTED TO PENNSYLVANIA
²ALSO ADMITTED TO GEORGIA
°ALSO ADMITTED TO NEW JERSEY & TEXAS
*ALSO ADMITTED TO NEW JERSEY

TELEPHONE: (212) 344-7042
TELEFAX: (212) 344-7285
TELEFAX: (212) 344-3986

NEW JERSEY OFFICE
75 MONTGOMERY STREET, SUITE 200
JERSEY CITY, NJ 07302
(201) 209-0960

A.J. MARINO
OF COUNSEL

BYRON KING CALLAN
(1914-1992)
VICTOR S. CICHANOWICZ
(1918-1989)





USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/07

October 22, 2007

**BY FAX (212) 805-7917**

Honorable Robert P. Patterson
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

MEMO ENDORSED

    Re:    International Marine Underwriters v.
             MV EASLINE TIANJIN, et. al. - **06 CV 13439**

             Indemnity Insurance Company of North America v.
             C.U. Transport Inc., et. al. - **07 CV 959**

             Reed & Barton Corporation v. Unifrieght Forwarder
             Inc. - **07 CV 1357**

             American Home Assurance Company v. MV
             EASLINE TIANJIN, et. al. - **07 CV 2562**

             The Travelers et. al. V. MV EASLINE TIANJIN -
             **07 CV 3104**

             Klaussner International, LLC v. MV EASLINE
             TIANJIN - **07 CV 3180**

             Our file 8923/PMK

Dear Judge Patterson:

    We are please to advise that the parties in the Yang Ming claims in the referenced actions have agreed to settlement and have finally agreed to the provisions of various stipulations of partial discontinuance with prejudice, except in the case of cross claims between Yang Ming and K-Line for which cross claims we will file separate stipulations

Honorable Robert P. Patterson

October 22, 2007
Page 2

discontinuing without prejudice and without costs. We have sent the various stipulations to the clerk of the court which we respectfully request that you execute same and file via ECF.

Since the Yang Ming cases have been settled, there is no need to have a hearing tomorrow at 9:30am and we respectfully request that the hearing be canceled.

In this regard, could your chambers please advise the undersigned if the hearing is cancelled so that I can contact all counsel accordingly?

Very truly yours,

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR

Paul M. Keane

PMK/am

Cc: Ren Rong Pan (Via Email rpanlaw@yahoo.com)
Peter D. Clark (Via Email pclark@navlaw.com)
Edward C. Radzik (Via Email eradzik@mcdermottradzik.com)
Edward A. Keane (Via Email ekeane@mahoneykeane.com)
Garth Wolfson (Via Email gwolfson@mahoneykeane.com)
David Mazaroli (Via Email dlm@mazarolilaw.com)
John Olsen (Via Email JOlson@hillrivkins.com)
Christopher Mansuy (Via Email cmansuy@marinelex.com)
James F. Sweeney (Via Email JSweeney@nicolettihornig.com)
Edward Flood (Via Email eflood@lyons-flood.com)
Jim Krauzlis (Via Email jimkrauzlis@att.net)
David Jensen (Via Email djensen@BlankRome.com)

*So ordered*
*Robt P Patterson*
*USDJ*
*10/22/07*