## Law Offices of
## CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, N.Y. 10006-2802

Paul M. Keane
Stephen H. Vengrow¹
James M. Textor*
Joseph F. De May, Jr.
Randolph H. Donatelli⁺
Patrick Michael DeCharles II¹

Jessica A. De Vivo°
Irene M. Zanetos°

¹ALSO ADMITTED TO DISTRICT OF
COLUMBIA, MAINE & NEW JERSEY
*ALSO ADMITTED TO PENNSYLVANIA
⁺ALSO ADMITTED TO GEORGIA
¹ALSO ADMITTED TO NEW JERSEY & TEXAS
°ALSO ADMITTED TO NEW JERSEY

Telephone: (212) 344-7042
Telefax: (212) 344-7285
Telefax: (212) 344-3988

New Jersey Office
75 Montgomery Street, Suite 200
Jersey City, NJ 07302
(201) 209-0950

A.J. Marino
Of Counsel

Byron King Callan
(1914-1992)
Victor S. Cichanowicz
(1918-1989)

**MEMO ENDORSED**

October 25, 2007



BY FAX (212) 805-7917

Honorable Robert P. Patterson
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

Re:  International Marine Underwriters v.
MV EASLINE TIANJIN, et. al. - **06 CV 13439**  *closed*

Indemnity Insurance Company of North America v.
C.U. Transport Inc., et. al. - **07 CV 959**

Reed & Barton Corporation v. Unifrieght Forwarder  *closed*
Inc. - **07 CV 1357**

American Home Assurance Company v. MV
EASLINE TIANJIN, et. al. - **07 CV 2562**

The Travelers et. al. V. MV EASLINE TIANJIN -
**07 CV 3104**

Klaussner International, LLC v. MV EASLINE  *closed*
TIANJIN - **07 CV 3180**

Our file 8923/PMK

Dear Judge Patterson:

Confirming my advices to your clerk, the following three cases have been completely dismissed with prejudice; 06 CV 13439, 07 CV 1357 and 07 CV 3180.

[Handwritten margin note: These cases are closed. Copy to Judge Patterson v. SDF  10/26/07]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 10/26/07]

Honorable Robert P. Patterson                                October 25, 2007
                                                                      Page 2

In regard to the remaining three cases, the below table outlines which parties have been dismissed and which parties remain in the case.

| Docket No. | Parties Dismissed | Parties Remaining in Case |
|---|---|---|
| 07 CV 959 | Yang Ming Marine Transport Ltd., Yang Ming America Corp. | CU Transport and China United Transport (represented by Patrick Michael DeCharles of Cichanowicz, Callan, Keane); Kawasaki Kisen Kaisha (represented by Garth Wolfson of Mahoney & Keane); JC Trans Logistics Corp. (no counsel) |
| 07 CV 2562 | Yang Ming Marine Transport Ltd., Trust Freight Services, Inc., W&L International Express, Inc., ANR, Inc. d/b/a Capital Distribution Services, Ltd. | Kawasaki Kisen Kaisha (represented by Garth Wolfson of Mahoney & Keane); PU Harmony Pte. Ltd. (no counsel) |
| 07 CV 3104 | Yang Ming Marine Transport Ltd., Phoenix International Freight Services Ltd., Laufer Freight Lines, Ltd. | UCB Freight Services (no counsel); Kawasaki Kisen Kaisha (represented by Garth Wolfson of Mahoney & Keane); APL Logistics (represented by John Kimball/ David Jensen of Blank Rome LLP); Hyundai Merchant Marine (represented by Christopher Mansuy of DeOrchis, Weiner & Partners) |

Very truly yours,

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR

Paul M. Keane

PMK/am

Cc: Ren Rong Pan (Via Email rpanlaw@yahoo.com)
    Peter D. Clark (Via Email pclark@navlaw.com)
    Edward C. Radzik (Via Email eradzik@mcdermottradzik.com)
    Edward A. Keane (Via Email ekeane@mahoneykeane.com)
    Garth Wolfson (Via Email gwolfson@mahoneykeane.com)
    David Mazaroli (Via Email dlm@mazarolilaw.com)
    John Olsen (Via Email JOlson@hillrivkins.com)
    Christopher Mansuy (Via Email cmansuy@marinelex.com)
    James F. Sweeney (Via Email JSweeney@nicolettihornig.com)
    Edward Flood (Via Email eflood@lyons-flood.com)
    Jim Krauzlis (Via Email jimkrauzlis@att.net)
    David Jensen (Via Email djensen@BlankRome.com)