2560

1

7APUTRAC

```
 1   UNITED STATES DISTRICT COURT          ┌─────────────────────────┐
     SOUTHERN DISTRICT OF NEW YORK         │ USDC SDNY               │
 2   ------------------------------x       │ DOCUMENT                │
                                           │ ELECTRONICALLY FILED    │
 3   THE TRAVELERS, et al.,                │ DOC #: _____          │
                                           │ DATE FILED: 10/30/07    │
 4              Plaintiffs,                └─────────────────────────┘

 5        v.                                    07 CV 3104(RPP)

 6   M/V EASLINE IANJIN, et al.,               **MEMO ENDORSED**

 7              Defendants.

 8   ------------------------------x

 9                                              New York, N.Y.
                                                October 25, 2007
10                                              11:30 a.m.

11

12   Before:

13                   HON. ROBERT P. PATTERSON

14                                District Judge

15                        APPEARANCES

16   BADIAK & WILL, LP
          Attorneys for Plaintiff Fireman's Fund Insurance Company
17   BY:  JAMES PAUL KRAUZLIS

18   DeORCHIS, WIENER & PARTNERS, LLP
          Attorneys for Defendant Hyundai Merchant Marine Ltd.
19   BY:  CHRISTOPHER HENRY MANSUY
```

*Handwritten endorsement:*

Motion granted. Defendant's motion to dismiss is granted and the case is put on the suspense calendar until January 1, 2008, at which time judgment will be entered for Defendant, unless plaintiff has shown good cause for this [illegible] Court's decision on this motion to be vacated. So ordered.

*[signed]* Robt P Patterson  10/29/07

SEE TYPEWRITTEN MEMO
ENDORSEMENT ATTACHED

STRICT REPORTERS, P.C.
(212) 805-0300

Case:      The Travelers, et al. v. M/V Easline Ianjin, et al.
Index No.  07 Civ. 3104 (RPP)

MEMO ENDORSEMENT READS:

*Motion granted.*

*Defendant's motion to dismiss is granted and the case is put on the Suspense Calendar until January 1, 2008, at which time judgment will be entered for Defendant, unless Plaintiff has shown good cause for this Court's decision on the motion to be vacated.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 10/29/07*