



LAW OFFICES
**DAVID L. MAZAROLI**
11 PARK PLACE
NEW YORK, NY 10007
E-mail: dlm@mazarolilaw.com
Telephone (212)267-8480
Telefax (212)732-7352

December 3, 2007

TELEFAX: (212)805-7917

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/07
```

Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   Indemnity Insurance Company of North America
      v. C.U. Transport Inc., et al.
      07 Civ. 959 (RPP) Schedule B Claim
      Related cases: 06 Civ. 13439 (RPP), 07 Civ. 3104 (RPP)
      07 Civ. 2562 (RPP), 07 Civ 3180 (RPP) and
      07 Civ. 1357 (RPP)
      Our File: 7G-1449

Dear Judge Patterson:

I represent the plaintiff in this action which is the subject of a forty-five day order of discontinuance entered on or about October 22, 2007 as to the Schedule B Claim. The agreed settlement funds have not yet been received. However, counsel for defendant Yang Ming Marine Transport Corp. informed me that the settlement checks are in transit. Plaintiff respectfully requests that the deadline for restoring the Schedule B Claim to the open docket be extended up to an including December 20, 2007. If for some reason the Court is not willing to extend the reopening deadline, please consider this as plaintiff's application for restoration of the Schedule B Claim to the active docket at this time. The Court's attention is appreciated.

Respectfully,

David L. Mazaroli
dlm@mazarolilaw.com

DLM/jcf
encl.

*Application granted*
*So ordered*
*Robert P Patterson USDJ*
*12/3/07*

cc:  Mahoney & Keane, LLP
Attn.: Garth S. Wolfson, Esq. (Via e-mail: gwolfson@mahoneykeane.com)

Cichanowicz, Keane, Vengrow & Textor, LLP
Attn.: Michael Patrick DeCharles, II, Esq. (Via e-mail: odecharles@ccv&t.com)
Attn.: Paul M. Keane, Esq. (Via e-mail: pkeane@cckvt.com)

McDermott & Radzik, LLP
Attn.: Edward C. Radzik, Esq. (Via e-mail: eradzik@mcdermottradzik.com)

Clark, Atcheson & Reisert
Attn.: Peter D. Clark, Esq. (Via e-mail: pclark@navlaw.com)

Hill, Rivkins & Hayden
Attn.: John E. Olson, Jr, Esq. (Via e-mail: jolson@hillrivkins.com)

Badiak & Will, LLP
Attn.: James P. Krauzlis, Esq. (Via e-mail: jpkrauzlis@badiakwill.com)

DeOrchis, Weiner & Partners, LLP
Attn.: Christopher Mansuy, Esq. (Via e-mail: cmansuy@marinelex.com)

Casey & Barnett, LLC
Attn.: Martin F. Casey, Esq. (Via e-mail: mfc@caseybarnett.com)

Nicoletti Hornig Campise & Sweeney
Attn.: James F. Sweeney, Esq. (Via e-mail: jsweeney@nicolettihorning.com)

Lyons & Flood, LLP
Attn. Edward P. Flood, (Via e-mail: eflood@lyons.flood.com)

Pan Law Offices of Ren Rong
Attn.: Ren Rong Pan, Esq. (Via e-mail: rpanlaw@yahoo.com)