UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
THE TRAVELERS, as subrogee of
DORSON INC. and EDDIE BAUER, INC.;
THE HARTFORD INSURANCE CO., as
subrogee of CROOS ISLAND TRADING
CO., INC.; GREAT AMERICAN INSURANCE
CO., as subrogee of DO IT BEST
CORP.; and FIREMAN'S FUND INSURANCE
COMPANY, as subrogee of TRINITY
GLASS INTERNATIONAL, INC.;

                    Plaintiffs,

    -against-

M/V "EASLINE TIANJIN", her engines,
boilers, etc.; and KAWASAKI KISEN
KAISHA, LTD.; YANGMING MARINE TRANSPORT,
LTD.; PHOENIX INTERNATIONAL FREIGHT
SERVICES, LTD.; LAUFER FREIGHT LINES,
LTD.; APL LOGISTICS; HYUNDAI MERCHANT
MARINE, LTD.; and UCB FREIGHT SERVICES;

                    Defendants.
----------------------------------------X

07 Civ. 3104 (RPP)

STIPULATION AND ORDER
OF PARTIAL DISMISSAL
WITH PREJUDICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/07

    IT IS STIPULATED and agreed by and between the undersigned attorneys of record, that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, all claims against defendant KAWASAKI KISEN KAISHA, LTD. in the above entitled action shall be, and hereby are, dismissed, with prejudice and without costs, subject to reopening within 30 days of the entry hereof should the settlement not be consummated.

Dated: New York, New York
       December 17, 2007

BADIAK & WILL, LLP
Attorneys for Plaintiff

By: _____
James P. Krauzlis (JK-4972)
106 Third Street
Mineola, New York 11501

MAHONEY & KEANE, LLP
Attorneys for Defendant
KAWASAKI KISEN KAISHA, LTD.

By: _____
Garth S. Wolfson (GW 7700)
111 Broadway, Tenth Floor
New York, New York 10006

S O  O R D E R E D:

December 19, 2007

_____
Robert P. Patterson, U.S.D.J.