# DeOrchis & Partners, LLP

*Florida Office:*
8751 W. Broward Blvd., Ste. 203
Ft. Lauderdale, FL 33324
(954) 652-0100

*Attorneys and Proctors in Admiralty*

61 Broadway, 26th Floor
New York, New York 10006-2802

*New Jersey Office:*
[illegible] Anne
Union, NJ 07083
(973) 467-4740

*Connecticut Office:*
24 Hoyt Street
Stamford, CT 06905
(203) 323-9120

Telephone: (212) 344-4700
Telefax: (212) 422-5299
www.marinelex.com

*Massachusetts Office:*
2355 Main Street, P.O. 186
S. Chatham, MA 02659
(508) 432-2121

[Stamp: JAN 11 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON]

January 9, 2008

Christopher H. Mansuy
cmansuy@marinelex.com

Honorable Robert P. Patterson
U.S. District Judge
U.S. District Courthouse
500 Pearl Street
New York, NY 10007-1312

[Stamp: MEMO ENDORSED]

Re: *The Travelers, et al., v. M/V EASLINE TIANJIN, et al.*
07 Civ. 3104
Our file no.: 876-9

Dear Judge Patterson:

We represent defendant Hyundai Merchant Marine, Ltd. On October 29, 2007, Your Honor granted defendant's motion to dismiss the complaint of Fireman's Fund Insurance Co., Inc. by reason of the forum selection clause in the ocean bill of lading issued by Hyundai Merchant Marine. At the same time, Your Honor placed the action on the suspense calendar affording plaintiff the opportunity to show cause before January 1, 2008 why Judgment should not be entered.

Plaintiff Fireman's Fund has filed no documents suggesting that the Court's decision should be reconsidered.

Accordingly, we respectfully request that the Court enter judgment dismissing the Fireman's Fund complaint in accordance with the October 29, 2007 Memo Endorsement.

Respectfully,

DeORCHIS & PARTNERS, LLP

By: [signature]
Christopher H. Mansuy

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 1/11/08]

[Handwritten endorsement: application granted. So ordered. Robert P. Patterson US DJ 1/11/08]

CHM:kc
W:\876-9\Letters\Judge Patterson, 01-09-08, Chm.Doc 1/9/08-kc

Honorable Robert P. Patterson
U.S. District Judge
January 9, 2008
Page -2-


cc:

Badiak & Will
106 Third Street
Mineola, NY 11501-4404
Attention: James P. Krauzlis, Esq.