# DeOrchis & Partners, LLP

Florida Office:
8751 W. Broward Blvd., Ste. 203
Ft. Lauderdale, FL 33324
(954) 652-0100

Connecticut Office:
24 Hoyt Street
Stamford, CT 06905
(203) 323-9120

*Attorneys and Proctors in Admiralty*

61 Broadway, 26th Floor
New York, New York 10006-2802

Telephone: (212) 344-4700
Telefax:   (212) 422-5299
www.marinelex.com

New Jersey Office:
1445 Morris Avenue
Union, NJ 07083
(973) 467-4740

Massachusetts Office:
2355 Main Street, P.O. 186
S. Chatham, MA 02659
(508) 432-2121

**MEMO ENDORSED**

January 16, 2008


RECEIVED JAN 1 6 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

Christopher H. Mansuy
cmansuy@marinelex.com

VIA FACSIMILE No.: 212-805-7917

Honorable Robert P. Patterson
U.S. District Judge
U.S. District Courthouse
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08
```

    Re:  *The Travelers, et al., v. M/V EASLINE TIANJIN, et al.*
          07 Civ. 3104 (RPP)
          Our file no.: 876-9

Dear Judge Patterson:

    We represent defendant Hyundai Merchant Marine, Ltd. in the above referenced matter.

    On January 15, 2008 a judgment was ostensibly entered and filed in favor of Hyundai Merchant Marine, Ltd., a copy of which is enclosed for your reference.

    The decretal paragraph states:

> ORDERED, ADJUDGED AND DECREED, That for the reasons stated in the Court's Memo Endorsed Order, dated January 11, 2008, defendants' motion to dismiss the complaint in accordance with the 10/29/07 Memo Endorsedment.

    For the sake of good order, to improve the grammar and to show that the Fireman's Fund complaint is dismissed, we kindly request the Court to direct the Clerk of the Court to amend the decretal paragraph of the judgment as follow:

*against defendant Hyundai Merchant Marine Ltd.*

ORDERED, ADJUDGED AND DECREED that the Complaint of Fireman's Fund is dismissed for the reasons stated in the Court's Memo Endorsed Order, dated January 11, 2008, and in accordance with the 10/29/07 Memo Endorsement.

We regret any inconvenience to the Court in this regard.

Respectfully,

DeORCHIS & PARTNERS, LLP

By _____
Christopher H. Mansuy

cc:
<u>VIA FACSIMILE No.:</u> *(516) 877-2230*
Badiak & Will, LLP
106 Third Street
Mineola, NY 11501-4404
Attention: James P. Krauzlis, Esq.

*Application granted. The Clerk of the Court is directed to amend the order entering judgment in favor of defendant as set forth above.*
*So ordered.*

Robert P. Patterson, Jr., USDJ, 1/16/08

**MEMO ENDORSEMENT READS:**
*Application granted. The Clerk of the Court is directed to amend the order entering judgment in favor of defendant as set forth above.*
*So ordered.*
*Robert P. Patterson, Jr., U.S.D.J., 1/16/08*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE TRAVELERS, ET.AL,

                    Plaintiffs,           07 CIVIL 3104 (RPP)

-V-                                             JUDGMENT

M/V EASLINE TIANJIN, ET.AL.,
                    Defendants.
-----------------------------------------------------------X

Whereas, defendants having made a application to dismiss plaintiffs' complaint, the action having been placed on the suspense calendar to enable Firemen's Funds to file document, no documents having been filed, the Court, on Jan 11, 2008 having issued its endorsed Order granting defendants' application to dismiss and directing the Clerk to enter judgment, it is,

**ORDERED, ADJUDGED AND DECREED**, That for the reasons stated in the Court's Memo Endorsed Order, dated January 11, 2008, defendants' motion to dismiss the complaint in accordance with the 10/29/07 Memo Endorsedment.

DATED: NEW YORK, NY

    Jan. 15, 2008

                                      J. Michael McMahon

                                                Clerk

                                        (By) Deputy Clerk

THIS DOCUMENT HAS ENTERED
ON THE DOCKET ON _____

01/18/2008 05:40 PM    DeOrchis & Partners, LLP.   (212) 422-5299    4/6
Case 1:07-cv-03104-RPP   Document 55   Filed 01/17/2008   Page 4 of 6
Case 2:07-cv-03104-RPP   Document 53   Filed 01/11/2008   Page 1 of 2

# DeOrchis & Partners, LLP

JAN 11 2008

*Attorneys and Proctors in Admiralty*

61 Broadway, 26th Floor
New York, New York 10006-2802

Florida Office:
8751 W. Broward Blvd., Ste. 205
Ft. Lauderdale, FL 33324
(954) 652-0101

Connecticut Office:
14 Hoyt Street
Stamford, CT 06905
(203) 323-9120

Telephone: (212) 344-4700
Telefax:    (212) 422-5299
www.marinelex.com

Massachusetts Office:
2355 Main Street, P.O. 186
S. Chatham, MA 02659
(508) 432-2121

January 9, 2008

Christopher H. Mansuy
cmansuy@marinelex.com

Honorable Robert P. Patterson
U.S. District Judge
U.S. District Courthouse
500 Pearl Street
New York, NY 10007-1312


MEMO ENDORSED

Re:  *The Travelers, et al., v. M/V EASLINE TIANJIN, et al.*
     07 Civ. 3104
     Our file no.: 876-9

Dear Judge Patterson:

We represent defendant Hyundai Merchant Marine, Ltd. On October 29, 2007, Your Honor granted defendant's motion to dismiss the complaint of Fireman's Fund Insurance Co., Inc. by reason of the forum selection clause in the ocean bill of lading issued by Hyundai Merchant Marine. At the same time, Your Honor placed the action on the suspense calendar affording plaintiff the opportunity to show cause before January 1, 2008 why judgment should not be entered.

Plaintiff Fireman's Fund has filed no documents suggesting that the Court's decision should be reconsidered.

Accordingly, we respectfully request that the Court enter judgment dismissing the Fireman's Fund complaint in accordance with the October 29, 2007 Memo Endorsement.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:

Respectfully,

DEORCHIS & PARTNERS, LLP

By/

Honorable Robert P. Patterson
U.S. District Judge
January 9, 2008
Page -2-

cc:

Badiak & Will
106 Third Street
Mineola, NY 11501-4404
Attention: James P. Krauzlis, Esq.

2560

1

7APUTRAC

```
 1  UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
 2  ------------------------------x

 3  THE TRAVELERS, et al.,

 4                  Plaintiffs,

 5          v.                                  07 CV 3104(RPP)

 6  M/V EASLINE IANJIN, et al.,

 7                  Defendants.

 8  ------------------------------x

 9                                              New York, N.Y.
                                                October 25, 2007
10                                              11:30 a.m.

11

12  Before:

13              HON. ROBERT P. PATTERSON

14                          District Judge

15                    APPEARANCES

16  BADIAK & WILL, LP
          Attorneys for Plaintiff Fireman's Fund Insurance Company
17  BY:   JAMES PAUL KRAUZLIS

18  DeORCHIS, WIENER & PARTNERS, LLP
          Attorneys for Defendant Hyundai Merchant Marine Ltd.
19  BY:   CHRISTOPHER HENRY MANSUY

20
21
22
23
24
25
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/07

**MEMO ENDORSED**

[Handwritten endorsement]: Motion granted. Defendant's motion to dismiss is granted and the case to put on the suspense calendar until January 1, 2008, at which time judgment will be entered for defendant, unless plaintiff has shown good cause for the judgment, Court's decision on the motion shall be vacated. So ordered.

[Signed] Robert P. Patterson 10/29/07

SEE TYPEWRITTEN MEMO ENDORSEMENT ATTACHED

STRICT REPORTERS, P.C.
(212) 805-0300