USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE TRAVELERS, et al.

           Plaintiff,                          07 Civ. 3104 (RPP)

- against -                         **JUDGMENT**

"M/V EASLINE TIANJIN" et al.

            Defendants
------------------------------------------------------------X

**WHEREAS**, defendants from Hyundai Merchant Marine, Ltd. made an application to dismiss plaintiffs' Complaint, the action having been placed on the suspense calendar to enable Fireman's Fund to file documents, no documents having been filed, the Court on January 11, 2008, having issued its' Endorsed Order granting defendants application to dismiss and directing the Clerk to enter judgment, it is

**ORDERED, ADJUDGED AND DECREED**, that the Complaint of Fireman's Fund is dismissed as against Hyundai Merchant Marine, Ltd., for the reasons stated in the Court's Memo Endorsement Order dated January 11, 2008, and in accordance with the October 27, 2007, Memo Endorsement;

**IT IS ALSO ORDERED, ADJUDGED AND DECREED**, that the remaining action in the Complaint of Fireman's Fund as against defendant UCB Freight Services is unaffected by any prior proceedings and remains an active matter on this Court's docket.

Dated: New York, New York
         January 17, 2008                                SO ORDERED:

                                                                            U.S.D.J.