UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

The Travellers et al.,

        Plaintiff(s),

vs.

M/V "Eastline Tianjin" et al.,

        Defendant(s),

No. 07-CV-3104

AFFIDAVIT OF SERVICE

STATE OF WASHINGTON
                  ss.
COUNTY OF KING

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on the **1st** day of **November, 2007 @ 08:20 AM**, at the address of **850 SW 7th St. Suite 100, Renton**, within **KING** County, WA, the undersigned duly served the following document(s): **SUMMONS IN A CIVIL CASE; SECOND AMENDED COMPLAINT; SCHEDULE A – PLAINTIFFS; SCHEDULE B – DEFENDANTS; SCHEDULE C** in the above entitled action upon **UCB Freight Services**, by then and there personally delivering a true and correct copy(ies) of the above documents into the hands of and leaving same with **Jane Doe, Office Manager** who is authorized to accept service on behalf of the above.

**Desc: Sex: Female – Age: 40 – Skin: White – Hair: Blonde – Height: 5'5" – Weight: 180 lbs..**

Date: _____

| | |
|---|---|
| Service Fee: | $ _____ |
| Return Fee: | $ _____ |
| Mileage Fee: | $ _____ |
| Misc. Fee: | $ _____ |
| Total Fee: | $ _____ |

Rich Marlow
Registered Process Server
License #: **9404737**
I-5 Legal Support NW
824 Post Ave
Seattle, WA 98104
206.405.4041

Subscribed and sworn to before me this ____ day of _____, 200__.

Notary Public in and for the
State of Washington
My commission expires

JENNIFER N. MULLINS
STATE OF WASHINGTON
NOTARY PUBLIC
MY COMMISSION EXPIRES
03-27-11