UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE TRAVELERS, ET.AL,

                Plaintiffs,           07 CIVIL 3104 (RPP)
-V-                                                                JUDGMENT

M/V EASLINE TIANJIN, ET.AL.,
               Defendants.
---------------   ------------------------------------------X

Whereas, defendants having made a application to dismiss plaintiffs' complaint, the action having been placed on the suspense calendar to enable Firemen's Funds to file document, no documents having been filed, the Court, on Jan 11, 2008 having issued its endorsed Order granting defendants' application to dismiss and directing the Clerk to enter judgment, it is,

**ORDERED, ADJUDGED AND DECREED**, That for the reasons stated in the Court's Memo Endorsed Order, dated January 11, 2008, defendants' motion to dismiss the complaint in accordance with the 10/29/07 Memo Endorsedment.

**DATED: NEW YORK, NY**
    Jan. 15 , 2008

                                    J. Michael McMahon

                                        Clerk

                                    **(By) Deputy Clerk**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____