# BADIAK & WILL, LLP

*Attorneys and Proctors in Admiralty*

TELEPHONE: (516) 877-2225
TELEFAX: (516) 877-2230/2240
E-MAIL: ADMIRALAW@AOL.COM

106 THIRD STREET
MINEOLA, NY 11501-4404

FLORIDA OFFICE:
BADIAK, WILL & KALLEN
17071 WEST DIXIE HIGHWAY
NORTH MIAMI BEACH, FL 33160

**MEMO ENDORSED**

January 28, 2008

VIA TELEFAX 212-805-7917 – 4 PAGES

Honorable Robert P. Patterson
U.S. District Judge
U.S. Courthouse, Suite 2550
500 Pearl Street
New York, New York 10007-1312

RE:  The Travelers et al. v. "M/V EASLINE TIANJIN"
     07 Civ. 3104 (RPP)
     Our Ref.: 07-H-536-JK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/08

Dear Honorable Robert Patterson:

As Your Honor may recall, we submitted under telefax dated January 25, 2008, a proposed Judgment which reflected the dismissal of the action as against Hyundai Merchant Marine, but also clarified the remaining action against UCB Freight Services was unaffected and that the action remained open as against that defendant.

We note that Your Honor has endorsed and filed the Order that we had submitted for which we thank you. However, the Docket Text as per the e-mail we received from the Clerk's office today confirming the filing of the aforementioned endorsed judgment, incorrectly states that judgment has been entered in favor of all defendants, including UCB Freight Services, and that the Complaint is dismissed. We respectfully request that Your Honor instruct the Clerk to correct this mistake and to reflect that the Complaint as against the sole defendant, UCB Freight Services, is not dismissed and that the matter remains active against that sole defendant.

We thank Your Honor for your continued patience and cooperation and respectively request that you favorably consider this request for clarification of the Docket Text.

Respectfully submitted,

BADIAK & WILL, LLP

JAMES P. KRAUZLIS

JPK/jm
Enclosure

*[handwritten endorsement]* So Ordered
*[signature]*
1/28/08

JAN-28-2008 MON 01:14 PM BAD FAX WILD AND BURDO    FAX NO. 12123766778    P. 02
Case 1:07-cv-03104-RPP   Document 60   Filed 01/29/2008   Page 2 of 4
Case 1:07-cv-03104-RPP   Document 59   Filed 01/25/2008   Page 1 of 1    P. 05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
THE TRAVELERS, et al.

     Plaintiff,     07 Civ. 3104 (RPP)

- against -     **JUDGMENT**

"M/V EASLINE TIANJIN" et al.

     Defendants
----------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 1/25/08

**WHEREAS**, defendants from Hyundai Merchant Marine, Ltd. made an application to dismiss plaintiffs' Complaint, the action having been placed on the suspense calendar to enable Fireman's Fund to file documents, no documents having been filed, the Court on January 11, 2008, having issued its' Endorsed Order granting defendants application to dismiss and directing the Clerk to enter judgment, it is

**ORDERED, ADJUDGED AND DECREED**, that the Complaint of Fireman's Fund is dismissed as against Hyundai Merchant Marine, Ltd., for the reasons stated in the Court's Memo Endorsement Order dated January 11, 2008, and in accordance with the October 27, 2007, Memo Endorsement;

**IT IS ALSO ORDERED, ADJUDGED AND DECREED**, that the remaining action in the Complaint of Fireman's Fund as against defendant UCB Freight Services is unaffected by any prior proceedings and remains an active matter on this Court's docket.

Dated: New York, New York
   January 17, 2008     SO ORDERED:

        January 25, 2008
                U.S.D.J.

## Jim Krauzlis

**From:** NYSD_ECF_Pool@nysd.uscourts.gov
**Sent:** Monday, January 28, 2008 10:43 AM
**To:** deadmail@nysd.uscourts.gov
**Subject:** Activity in Case 1:07-cv-03104-RPP The Travelers et al v. M/V Easline Tianjin et al Clerk's Judgment

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users.  To avoid later charges, download a copy of each document during this first viewing.
U.S. District Court
United States District Court for the Southern District of New York

Notice of Electronic Filing
The following transaction was entered  on 1/28/2008 10:43 AM EST and filed on 1/25/2008

Case Name: The Travelers et al v. M/V  Easline Tianjin et al Case Number: 1:07-cv-3104
https://ecf.nysd.uscourts.gov/cgi-bin/DktRpt.pl?319657

Filer:
WARNING: CASE CLOSED on 01/15/2008

Document Number: 59
Copy the URL address from the line below into the location bar of your Web browser to view the document: Document:
https://ecf.nysd.uscourts.gov/doc1/12704376729?magic_num=26085374&de_seq_num=427&caseid=319657

Docket Text:
JUDGMENT in favor of Hyundai Merchant Marine Ltd., M/V Easline Tianjin, Pheonix International Freight Services Ltd., UCB Freight Services against Fireman's Fund Insurance Company.,
JUDGMENT in favor of Hyundai Merchant Marine Ltd., M/V Easline Tianjin, Pheonix International Freight Services Ltd., UCB Freight Services against Fireman's Fund Insurance Company that the complaint is dismissed.  (Signed by Judge Robert P. Patterson on 1/25/08) (jf)
1:07-cv-3104 Notice has been electronically mailed to:
James Paul Krauzlis    jkrauzlis@badiakwill.com John Devereux Kimball    jkimball@blankrome.com, jhanner@blankrome.com, kreda@blankrome.com, tpryan@blankrome.com Roman Badiak    rbadiak@badiakwill.com Paul M. Keane    pkeane@cckvt.com Christopher Henry Mansuy    cmansuy@marinelcx.com Edward A. Keane    ekeane@mahoneykeane.com Garth S. Wolfson    gwolfson@mahoneykeane.com


1:07-cv-3104 Notice has been delivered by other means to:

The following document(s) are associated with this transaction:
Document description: Main Document
 Original filename: n/a
 Electronic document Stamp:

1

[STAMP dcecfStamp_ID=1008691343 [Date=1/28/2008] [FileNumber=4214277-0]
[911459d2c04bc0191fb3c9acfe1849715c3edabd62e72660eb9cc0a6a07f10005f0e283e77832a9c8aa593e1b44c
2599ca11d9b313de8bf5ff07adb243be0ed9]]