BLANK ROME LLP
Attorneys for Defendant
APL LOGISTICS HONG KONG LTD.
405 Lexington Avenue
New York, NY 10174-0208
Tel: (212) 885-5000
Fax: (212) 885-5001
John D. Kimball (JK-2005)
David D. Jensen (DJ-2261)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE TRAVELERS as subrogee of DORSON INC., *et al.*,<br><br>Plaintiffs,<br><br>- against -<br><br>M/V "EASLINE TIANJIN", her engines, boilers, etc., *et al.*<br><br>Defendants. | 07 Civ. 3104 (RPP)<br>Related cases:<br>  06 Civ. 13439 (RPP)<br>  07 Civ. 0959 (RPP)<br>  07 Civ. 1357 (RPP)<br>  07 Civ. 2562 (RPP)<br>  07 Civ. 3180 (RPP)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE,** that David D. Jensen of Blank Rome LLP, hereby enters a notice of appearance to represent Defendant APL Logistics.

Dated: New York, New York
       January 30, 2008

                                        BLANK ROME LLP
                                        Attorneys for APL Logistics

                                        By _____
                                        David D. Jensen (DJ-2261)
                                        405 Lexington Avenue
                                        New York, NY 10174-0208
                                        Tel.: (212) 885-5000

603595.00601/6612535v.1