UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| THE TRAVELERS as Subrogee of DORSON INC. and EDDIE BAUER, INC.; THE HARTFORD INS. CO., as subrogee of CROSS ISLAND TRADING CO. INC.; GREAT AMERICAN INS. CO. as subrogee of DO IT BEST CORP.; and FIREMAN'S FUND INS. CO. as subrogee of TRINITY GLASS INTERNATIONAL, INC., and SPRINGS DECORATIVE FLOOR, INC., | 07 Civ 3104 (RPP)<br><br>**RULE 7.1 STATEMENT OF FEDEX TRADE NETWORKS TRANSPORT & BROKERAGE (CANADA), INC.** |
| Plaintiffs, | |
| - against - | |
| M/V "EASLINE TIANJIN," her engines, boilers, etc., | |
| -and- | |
| KAWASAKI KISEN KAISHA, LTD., YAND MING MARINE TRANSPORT, lTD., PHOENIX INTERNATIONAL FREIGHT FORWARDERS, LTD., LAUFER FREIGHT LINES, LTD., APL LOGISTICS, HYUNDAI MERCHANT MARINE, LTD., and UCB FREIGHT SERVICES, | |
| Defendants | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for FEDEX TRADE NETWORKS TRANSPORT & BROKERAGE (CANADA), INC. (incorrectly sued herein as UCB FREIGHT SERVICES), certifies that it is a wholly owned subsidiary of FedEx Trade Networks Transport & Brokerage, Inc., which is a wholly owned subsidiary of FedEx Trade Networks, Inc., which is a wholly owned subsidiary of FedEx Corporation, a publicly traded company.

Dated: New York, New York
      June 2, 2008

2

CLYDE & CO US LLP

By: _____
      Christopher Carlsen (CC 9628)

Attorneys for FEDEX TRADE
NETWORKS TRANSPORT &
BROKERAGE (CANADA), INC.
405 Lexington Avenue
New York, New York 10174
Tel: (212) 710-3900
Fax: (212) 710-3950

2