**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Travelers

              **Plaintiff(s)**

         -against-

UCB Freight Services

              **Defendant(s)**

07 CV 3104 (RPP)
**SCHEDULING ORDER**

**PATTERSON, D.J.**

**1. This action is referred to Magistrate Judge _____ for _____ after
   a case management conference.**

**2. This action is referred for mediation: _____ Yes      _____ No.**

**3. Amend the pleadings by _____.**

**4. Medical Authorizations by _____.**

**5. Rule 26 compliance by _____.**

**6. Experts' reports to be served by _____.**

**7. Experts' depositions to be completed by _____.**

**8. All discovery to be completed by _____.**

**9. Dispositive motions by _____, Answer by _____, Reply by _____.**

**10. Pretrial order to be filed by _____.**

**11. Settlement conference with parties & counsel to be held on _____ at _____.**

**12. Pretrial conference is scheduled for   9/30/08   at   9:30AM .**

**13. Trial date is scheduled for _____ at _____.**

**Dated: New York, New York**

         9/3/08

**SO ORDERED.**

_____

**ROBERT P. PATTERSON, JR.**
**U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  9/5/08